1008

No. 5682. PICKENS *v.* CALIFORNIA SUPREME COURT. Motion for leave to file petition for writ of mandamus denied.

No. 758. UNITED STATES *v.* RYAN. C. A. 9th Cir. Certiorari granted.

No. 798. UNITED STATES ET AL. *v.* MITCHELL ET AL. C. A. 5th Cir. Certiorari granted.

No. 840. ASTRUP *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted.

No. 835. DEWEY *v.* REYNOLDS METALS CO. C. A. 6th Cir. Certiorari granted. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 833. UNITED STATES FIDELITY & GUARANTY CO. *v.* HILL. C. A. 5th Cir. Certiorari denied.

No. 837. CRESTA CORP., S. A. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 841. GENTILE ET AL. *v.* IVES, STATE HIGHWAY COMMISSIONER. Sup. Ct. Conn. Certiorari denied.

No. 848. WARD ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.